UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2165 L |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| DANIEL IVAN RODRIGUEZ, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about June 17, 2008, within the Southern District of California, defendant DANIEL IVAN RODRIGUEZ did knowingly and intentionally import approximately 40.92 kilograms (approximately 90.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

LC:fer(1):Imperial
6/25/08

## Count 2

On or about June 17, 2008, within the Southern District of California, defendant DANIEL IVAN RODRIGUEZ did knowingly and intentionally possess, with intent to distribute, approximately 40.92 kilograms (approximately 90.02 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CALEB E. MASON
Assistant U.S. Attorney

2